IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 17-0600-CKK |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| *Defendant*. ) | |

## PLAINTIFF'S MOTION TO STAY

Plaintiff Judicial Watch, Inc., by counsel and pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, hereby files this Motion to Stay proceedings for 60 days from the date of any order granting this request. As grounds therefor, Plaintiff respectfully refers the Court to the accompanying "Plaintiff's Consolidated Reply Brief in Support of Motion for Summary Judgment and Memorandum in Support of Motion to Stay." Plaintiff has conferred with opposing counsel, and opposing counsel stated Defendant opposes this motion. A proposed order is attached.

Dated: May 15, 2018                                           Respectfully submitted,

*/s/ Chris Fedeli*
Chris Fedeli
DC Bar No. 472919
**JUDICIAL WATCH, INC.**
425 Third Street S.W., Suite 800
Washington, DC 20024
cfedeli@judicialwatch.org
202-646-5172

*Counsel for Plaintiff*