## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| | ) |
| *Plaintiff*, | ) |
| | )   Case No. 17-0600-CKK |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| | ) |
| *Defendant*. | ) |

### **PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO STAY**

Plaintiff Judicial Watch, Inc. hereby files this brief reply in support of its Motion to Stay in this case (ECF 21).   Plaintiff replies only to point out that Defendant did not file its opposition to Plaintiff's Motion for Stay within the prescribed time, *even though* Defendant asked for and received an extension of time to file an opposition brief.   *See* ECF 23, Defendant's Motion for Extension.   Following the Court's extension, Defendant's opposition was due on June 19, 2018.   *See* May 30, 2018 Minute Order Granting Extension.   Accordingly, because no opposition was filed within the prescribed time, the Court may treat Plaintiff's Motion for Stay as conceded.   LCvR 7(b).

Dated: June 25, 2018

Respectfully submitted,

*/s/ Chris Fedeli*
Chris Fedeli
DC Bar No. 472919
**JUDICIAL WATCH, INC.**
425 Third Street S.W., Suite 800
Washington, DC 20024
cfedeli@judicialwatch.org
202-646-5172

*Counsel for Plaintiff*