UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> *Defendant*. ) | Case No. 17-600-CKK |

## JOINT STATUS REPORT

Pursuant to the Court's September 20, 2018 Order staying this case, and pursuant to the Court's February 5, 2019 Minute Order, Defendant U.S. Department of Justice and Plaintiff Judicial Watch, Inc. hereby file this Joint Status Report.

The parties have conferred, and they both agree that the stay in this case can continue while they work towards resolution of Plaintiff's claims in related-case 18-2218-CKK.  Consistent with the Joint Status Report filed today in case 18-2218 (ECF 13), the parties propose that they update the Court about their remaining interests in this case no earlier than April 9, 2019.

| | |
|---|---|
| Dated: February 14, 2019 | Respectfully submitted, |
| | |
| *s/ Chris Fedeli* | JESSIE K. LIU, D.C. Bar No. 472845 |
| Chris Fedeli | United States Attorney |
| DC Bar 472919 | |
| **JUDICIAL WATCH, INC.** | DANIEL F. VAN HORN, D.C. Bar No. 924092 |
| 425 Third Street SW, Suite 800 | Chief, Civil Division |
| Washington, DC 20024 | |
| 202-646-5172 | */s/ Melanie D. Hendry* |
| CFedeli@judicialwatch.org | Melanie D. Hendry |
| | Assistant United States Attorney |
| *Counsel for Plaintiff* | 555 Fourth Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 252-2510 |
| | melanie.hendry2@usdoj.gov |
| | |
| | *Counsel for Defendant* |